IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DANILO DUENAS AND
VICTORIA CADAVID,

        CASE NO.: _____

      Plaintiffs,

vs.

NATIONAL FIRE & MARINE
INSURANCE COMPANY,

      Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, NATIONAL FIRE & MARINE INSURANCE COMPANY ("NF&M"), by and through its undersigned counsel, hereby files its Notice of the Removal of this cause to the United States District Court for the Southern District of Florida, West Palm Beach Division, and states as grounds for such removal the following:

1. On August 28, 2019, Plaintiffs, DANILO DUENAS and VICTORIA CADAVID (collectively, "Plaintiffs") filed this action in the Circuit Court of the Fifteenth Judicial Circuit, in and for West Palm Beach County, Florida, Case No. 2019-CA-000808 ("State Action").

2. On September 16, 2019, NF&M was served with a Summons and copy of the Complaint in connection with the State Action.  Pursuant to 28 U.S.C § 1446(a), a copy of all process and pleadings are attached hereto as Composite Exhibit "A" as follows:

    A.    Civil Cover Sheet;

    B.    Summons;

    C.    Plaintiffs' Notice of E-Mail Designation;

    D.    Complaint for Damages;

    E.    Plaintiffs' Request for Admissions;

F.  Plaintiffs' Request for Production;

G.  Plaintiffs' Notice of Serving Interrogatories;

H.  Defendant's Notice of Appearance and Designation of E-Mail Addresses;

I.  Defendant's Motion for Extension of Time to Respond to Complaint;

J.  Defendant's Certification and Notice of Filing Notice of Removal; and

K.  Defendant's Notice of Removal to Opposing Counsel.

3.  This Notice of Removal is filed in the United States District Court for the Southern District of Florida, West Palm Beach Division, the court for the district and division which embraces the state court where the removed State Action was pending, and is filed within the time provided for the removal of actions to the United States District Court. *See* 28 U.S.C § 1446(b).

## DIVERSITY OF CITIZENSHIP

4.  According to the allegations in the Complaint, Plaintiffs were and are residents of Bay County, Florida "at all times material."  *See* Complaint, ¶ 2.

5.  The undersigned ran a public records search on DANILO DUENAS which revealed as follows: (1) the subject property, located in Bay County, Florida, is DANILO DUENAS's homestead; (2) DANILO DUENAS has held a Florida driver's license since at least 2003; and (3) DANILO DUENAS owns a motor vehicle registered in the State of Florida.

6.  The undersigned ran a public records search on VICTORIA CADAVID which revealed as follows: (1) the subject property, located in Bay County, Florida, is VICTORIA CADAVID's homestead; (2) VICTORIA CADAVID has held a Florida driver's license since at least 2002; and (3) VICTORIA CADAVID owns a motor vehicle registered in the State of Florida.

7.  Therefore, Plaintiffs are citizens of the State of Florida.

8. At all times material to this action, NF&M was and is incorporated in the State of Nebraska, having its principal place of business in the State of Nebraska. Accordingly, at all times material to this action, NF&M was a citizen of the State of Nebraska. NF&M is not a citizen of or incorporated in the State of Florida and does not have its principal place of business in the State of Florida. At all times material to this action, NF&M has been a foreign corporation doing business in Florida.

9. Thus, complete diversity exists between the parties in accordance with 28 U.S.C. §1332.

## AMOUNT IN CONTROVERSY

10. On July 25, 2019, counsel for Plaintiffs submitted an estimate to repair the subject property in the amount of $90,538.98.

11. On July 30, 2019, NF&M issued an undisputed payment to Plaintiffs in the amount of $3,997.53.

12. The deductible under the subject policy is $2,500.00.

13. Thus, the amount in controversy herein is in excess of $75,000.00, exclusive of interests and costs.

14. This Court has diversity jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, as Plaintiffs and NF&M are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

15. NF&M has noticed the adverse party, Plaintiffs, of this Removal by notifying Plaintiffs' attorney of record.

16. NF&M has filed a written notice with the Clerk of the Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida in compliance with 28 U.S.C § 1446 (d).

BUTLER WEIHMULLER KATZ CRAIG LLP

_____
WILLIAM R. LEWIS, ESQ.
Florida Bar No.:  0879827
wlewis@butler.legal
D. GRAYSON KELLY, ESQ.
Florida Bar No.:  86022
gkelly@butler.legal
Secondary:   hcaraballo@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:    (813) 281-1900
Facsimile:    (813) 281-0900
*Attorneys for National Fire & Marine Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2019, the foregoing was filed with the Clerk of the Court via the CM/ECF system.  I further certify that a true and correct copy of the foregoing has been furnished this day via Electronic Mail to:

> Kenneth R. Duboff, Esq.
> Duboff Law Firm
> 680 Northeast 127th Street
> North Miami, FL  33161
> Attorneys For: Plaintiff
> CourtDocument@DuboffLawFirm.com

_____
D. GRAYSON KELLY, ESQ.

4